IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR416 |
| | ) | |
| v. | ) | |
| | ) | |
| TYREE STOVALL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue supervised release disposition (Filing No. 51). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; the final dispositional hearing on the petition for warrant or summons for offender under supervision (Filing No. 41) is rescheduled for:

**Friday, March 2, 2012, at 9:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 5th day of December, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court