IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:06CR416 |
| v. | ) | |
| TYREE STOVALL, | ) | ORDER |
| Defendant. | ) | |

On March 2, 2012, the defendant appeared through counsel on a Petition for Warrant or Summons for Offender Under Supervision (Filing No. 41). Defendant was present and represented by Jeffrey L. Thomas. Plaintiff was represented by Kimberly C. Bunjer, Assistant United States Attorney. The defendant admitted allegation number 1 contained within the Petition, and the Court found the defendant to be in violation of conditions of his supervised release. The plaintiff dismissed allegation numbers 2 and 3.

The Court then proceeded to a dispositional hearing.

IT IS ORDERED that the defendant's supervised release is hereby revoked. The defendant is placed on supervised release until April 17, 2016.

DATED this 5th day of March, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court